## SUPREME COURT.

ANDREW SOHER agt. JAS. C. FARGO, &c.

*Service of supplemental complaint — right not absolute.*

It is not proper to serve a *supplemental complaint*, without leave of the court.

*New York General Term, June,* 1874.

APPEAL from order denying motion to set aside a supplemental complaint served without first obtaining leave of the court.

*Hamilton Cole,* for appellant.

*E. L. Andrews,* for respondent.

BRADY, *J.*—The appellant was right in the attitude assumed by him that the right to serve a supplemental complaint was not absolute, and, therefore, one resting in the sound discretion of the court. The recent case of *Beach* agt. *Reynolds* (53 *N. Y. Rep.,* 1) has set at rest, it may be justly hoped, any further dispute upon the question which had been, prior to that decision, sufficiently established as a rule of practice. The respondent's counsel now concedes that the order made at special term should be reversed.

Ordered accordingly, with costs.

DAVIS, P. J., and DANIELS, J., concurred.